SPREITZER, RESPONDENT, v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO., APPELLANT.

(No. 7,096.)

MOONEY ET AL., RESPONDENTS, v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO., APPELLANT.

(No. 7,097.)

HEDIN, RESPONDENT, v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO., APPELLANT.

(No. 7,098.)

(Submitted April 27, 1933. Decided May 22, 1933.)

[22 Pac. (2d) 620.]

*Mr. R. F. Gaines* and *Messrs. Murphy & Whitlock,* for Appellant, submitted a brief; *Mr. A. N. Whitlock* argued the causes orally.

*Mr. H. L. Maury* and *Mr. A. G. Shone,* for Respondents, submitted a brief; *Mr. Maury* argued the causes orally.

MR. JUSTICE STEWART delivered the opinion of the court.

The facts and legal propositions presented in these cases, which were tried together, are similar to those in *Peel* v. *Chicago, Milwaukee, St. Paul & Pacific Railroad Co.,* ante, p. 334, 22 Pac. (2d) 617.

Upon the authority of the *Peel Case,* supra, the judgments in these cases are reversed, and the causes remanded to the district court of Silver Bow county, with direction to dismiss the actions.

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES ANGSTMAN, MATTHEWS and ANDERSON concur.